## Bertha H. SAENGER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 7147.

Circuit Court of Appeals, Fifth Circuit.

March 10, 1934.

S. L. Herold, of Shreveport, La., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key and Norman D. Keller, Sp. Assts. to Atty. Gen., and E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, and Hartford Allen, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and HUTCHESON, Circuit Judges.

HUTCHESON, Circuit Judge.

The denial of A. D. Saenger's petition (C. C. A.) 69 F.(2d) 631, denies Mrs. Saenger's too. Co-owners of the income earned, they are co-payers of the tax on it.

Unlike in Earl's Case, 281 U. S. 111, 50 S. Ct. 241, 74 L. Ed. 731, husband and wife here are joint, not separate, earners. Together they are the tree. They share its fruits and the burdens of that sharing. Bender v. Pfaff, 282 U. S. 127, 51 S. Ct. 64, 75 L. Ed. 252.

The petition is denied.